FILED
11/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Roderick Standell Patterson__

v.

(Full name of defendant(s))

__Kerry J. ▓▓▓▓ Forsteal__
__Marion County Sheriff's Office__
__Allyson Humphrey, Charles Moss__

Case Number:

1:23-cv-02095-TWP-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __675 Justice Way Indianapolis, IN ▓▓▓ 46203__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Allyson Humphrey, ▓▓▓▓ ▓▓▓▓__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __675 Justice Way Indpls, IN 46203__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Marion County ADC  675 Justice Way Indpls, IN 46203__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My rights were violated by a lieutenant Allyson Humphrey, and a C.E.R.T member who I only know as Moss. Charles Moss Lt. Humphrey instructed and ordered Moss to escort me cuffed to a holding cell filled with an unknown substance all over the floor that I believe to be vomit. While in that cell she ordered Moss to strip me of my socks and pants all the way down to my underwear. They slammed me to the ground,

and used excessive force kneeing me in my side. I was cuffed and subdued when this happened. When they returned they tried to make me walk through urine and when they failed. They slammed me face first into urine and dragged me back in forth through the waste. When they allowed me up one of them said in a jokingly manner "Look he pissed his drawers". they returned me to a cell with no shoes, my hygiene items missing, water cut off, and no clothes to change into being mine. were contaminated with urine. I was refused a shower by the officers. So I pressed the button inside the cell informed them what happened and the responded with a laugh and told me "piss off". I did not recieve a shower until the next day. This occured on May 17th, 2023 approx. 7-8 pm. It happened in dorm 4v and a holding cell on the 3rd or 4th floor. To punish me because I informed them that I did not care about a conduct report.

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Compensatory damages including but not exceeding the maximum ~~po~~ fiscal award allowed by law. (The most money allowed by law) ~~[scribbled out text]~~

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case

OR

☑ Court Trial – I want a judge to hear my case

Dated this 20th day of October 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

Gallery # 829284
Plaintiff's Prisoner ID Number

675 Justice Way Indpls, IN 46203
(Subject to change)
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Defendant Charles Moss is a Citizen of Indiana and resides at 675 Justice Way Indianapolis, IN 46203 And worked for Marion County ADC 675 Justice way Indpls, IN 46203 Other Defendant(s) name(s) is or are unknown.

I believe my 8th ammendments were violated.
Inhumane living quarters
Defamation color of law
Excessive use of force.

The facility is refusing to give me my last 6 months of transactions on my trust fund

Honorable Chief Judge                                    11·10·23
Tonya Walton Pratt,

- My name is Roderick S. Patterson a 20 yr old black male currently incarcerated at the Marion County Adult Detention center.
- I am currently trying to file a lawsuit against the MCSO ADC, located at 695 Justice Way INDPLS, IN 46203.
- The incident took place on the 17th day of May 2023 Aprox. 6-8 pm although it possibly could've slightly before.
- The incident occurred on the 4th floor of the MCSO ADC in the segregation Block 4V.
- 15-20 C.E.R.T members were involved although only two (2) contributed mostly. Office Charles Moss and, Officer Lieu. Allyson Humphrey.
- I believe my rights were violated in light of: Cruel & Unusual Punishment, In Humane Living Quarters, Excessive use of Force, Defamation Color of Law
- I have filled out the Complaint form, and I am requesting to file with no filing fee. However, the facility is refusing to give me my last 6-months transactions on my trust fund. Which is necessary to sue.

On May 17th 2023, I, Roderick Standell Patterson    11•10•23
was sitting in a chair inside of my cell in Unit 4V
conversing with another inmate through the feeding
slot when C.E.R.T entered the unit. They ordered
everybody to the ground I was secured inside of my
cell so I did not believe I was expected to do the
same as others. They rolled my door as it opened I
put my hands in the air. An officer who I do not
know the name of, grabbed me and litterally threw
me on top of the inmate I was talking to.
I told him that what he did was totally uncalled
for. Which he responded with vulgarity.
I asked If I could move off he said no.
The inmate complained so he allowed me off of him.
C.E.R.T strip search all inmates, then, as we finished
they lined us along the wall inside of the rec
area. Inside of the Recreation area I told
Humphrey and Moss that at the JDC "the Juvenile"
on 25th & keystone they "weren't this tough."
Humphrey told me to "shut the fuck up."
I responded for her to. She asked if I wanted
another conduct report. I told her I didn't
care and that I'm already in the hole until
I leave and there was no way I could be punished.
She laughed and said "Oh yes there is. Moss cuff him,
and escort him to that holding cell with me."
He did just that.

They took me to a cell that was full of vomit and, slammed me face first into it. They stripped me of my pants, socks, and sandals. Which I feel was intentional to make me walk through the vomit. As they took me to the ground Moss kneed me in my side. Then put his knee in my calf and made my shin go parallel to the ground, the ankle that I had broke the night of my arrest. They had recently took my boot without doctors consent.

The toilet was out of service full to the top with shit and what appeared to be human hair. I urinated on the floor. They came back and said "Let's make his ass walk through it. They attempted to do so which I kept stepping around. They finally took me out the cell. They said "are you done." I shook my head "No." So they returned me to the cell and Humphrey told Moss to slam me in it. I dove besides the urine as they attempted to slam me in it. Humphrey and Moss as you can see on camera dragged me and, litterally mopped me through the urine. When they allowed me up one said in a joking manner "look he pissed his self". They all laughed. I told them I was going to sue and what was the date

Moss tried to lie and say the 18th. As soon as I notified them of a possible lawsuit they took me back to my unit 4V. Upon arrival all of my bought commissary hygiene Items were missing. Also all clothes that I could change into. I asked for clothes, hygiene, and shower and was refused all. They turned off my sink and toilet water so I could not take a "bird bath." I requested to speak to a seargent, lietenant, or, Captain and was refused. I requested suicide and was refused. I did not recieve a shower till the next day. I aquired clothes and soap from other residents. NOT THE ADC!

Please respond to me!!! This is not the only time I've seen corruption here. This happens alot to alot of people. Moss does this type of thing all the time. I do not feel safe here. They placed me into 4G after gang threats of me being stabbed. I asked to suicide out and Sgt. Hicks said per Captain Taybior I cannot go to suicide. Please assist me in any way possible. Please & Thankyou. Thanks for the time of the day to read this.

Sincerely,
Roderick S. Patterson
Gallery #829284