UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RODERICK STANDELL PATTERSON,            )
                                        )
              Plaintiff,                )
                                        )
       v.                               )        No. 1:23-cv-02095-TWP-CSW
                                        )
KERRY J. FORSTEAL, et al.,              )
                                        )
              Defendants.               )

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice for

failure to prosecute.

Date: 2/29/2024

_Hon. Tanya Walton Pratt, Chief Judge_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

RODERICK STANDELL PATTERSON
829284
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203